FILED

1  Name: Gwendolyn Hall
2  Address: 955 N. Lake Ave
3  Pasadena, CA 91104
4  Phone: _____
5  Fax: _____
6  In Pro Per

2024 JAN -9 PM 1:22

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___rsm___

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Gwendolyn Hall

Plaintiff

v.

Pasadena Fire Department

Defendant(s).

CASE NUMBER:

2:24-CV-00200-JLS-AGRx

(Enter document title in the space provided above)

17  The individual behind the medical Insurance Fraud work for
18  the Fire Department. In 2021, The Fire Fighter had Martha
19  Williams get in the Ambulance using my name, and was
20  transported to Huntington Hospital to manipulate my medical
21  records, because I had Perfect blood pressure. The Hispanic
22  man gave the Key's to my Apartment to Marth Williams at
23  191 E. Penn St Pasadena, Ca 91103 to Go in and out MY unit
24  to lace Food, beverages, collagen, and was Switching my Vitamins
25  trying to manipulate my medical History to make it look like
26  I had medical Issue's, that I did not have. The fire Fighter
27  stopped me from being productive In order for the woman
28  Could use My medical Insurance For Cancer treatment.

Page Number

CV-127 (09/09)   PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

1. The fire fighter stole my Pandemic Snap benefits from
2. Sept 2022 Thur March 2023, and to cover up the theft the
3. individuals applied for Snap benefits in Florida receiving over
4. $1100.00 in Snap benefits.
5. The fire Fighter moved my belongings out my Section 8 Apartment,
6. while I was paying my rent, and move his family in my
7. Apartment, while I was paying my rent.
8. The fire Fighter collected my Postal mail at the Apartment
9. Unit. Signed up for California life line under my name getting
10. Free Government Phones to use in identity theft.
11. On my way home to California, the individual arranged to
12. have me arrested at the Airport. I was arrested for
13. intoxication in Public. The Arrest was a Scam to stop me from
14. coming home to California, and to run a Scam on the Hospital.
15. The individual tell the LT. (LT. Lyons 5993) at the Jail, that
16. they needed my blood. I was Transported from the Jail to
17. the Hospital (VHC-Hospital in Virginia) The Nurse Practitioner
18. Draw my blood, and admit the woman with the medical
19. issues in VHC-Hospital under name with my blood work, and
20. had me admit in the mental ward. The woman, and I was
21. in the Hospital at VHC-Hospital being treated under the same
22. name, and medical Insurance at the same time.
23. The Fire Fighter Steal my Von's reward Card, and told the
24. manger to attach the card to a Phone #. The Fire Fighter took
25. the Vons Card, because Vons has Pharmacy's in their grocery
26. stores. The Fire Fighter and his male lover is lacing toothpaste,
27. and Food in Vons trying to remove my teeth. The woman
28. stole my Fedex Card, and switched the card with a different
card.



6  ...... could cash
7  In on my Insurance policy, with "AAA.
8  The woman has my Disable reduce Bus pass.
9  The Fire fighter is lacing Food in grocery stores, restaurants,
10 and at Friends in deed trying to get me to seek medical
11 attention for the woman could get medical treatment under
12 my Insurance, The woman is Damaging my teeth trying to
13 use my medical Insurance to get dental Implants
14 The Fire Fighter is stopping me from eating Food, because
15 I wont Go to the Hospital Sick for a woman could
16 use medical Insurance in my name, that she obtained through
17 Fraud.

1-9-2024

# Exhibits

1. FedEx Purchase
2. Vons Purchase
3. Walmart Purchase
4. Warrant of Arrest
5. Treatment Conditions of Admission
6. Copy of Bus Pass

COUNTY OF LOS ANGELES         DEPARTMENT OF HEALTH SERVICES         DEPARTMENT OF PUBLIC HEALTH

## EMERGENCY MEDICAL TREATMENT CONDITIONS OF ADMISSION PART I

**MEDICAL CONSENT:** I agree to the procedures and treatments that may take place on me/patient while a patient in the Hospital/Clinic. These procedures and treatments may include physical exams, laboratory and other tests, x-rays, pain relief, routine/simple nursing, surgical and other medical services, procedures and treatments, and telehealth services. I understand that I am agreeing to receive care at a Hospital/Clinic owned and run by the County of Los Angeles. I understand that Hospitals/Clinics run by the County of Los Angeles may be teaching facilities. I understand and agree that interns, residents, and fellows supervised by an attending physician may care for me/patient. I understand and agree that I may receive care from a physician who does not hold a physician's and surgeon's certificate but who is qualified and certified by the California Medical Board to provide care in a special program as a visiting professor or faculty member. I also agree that medical students, dental students, student nurses, and any other students approved by the Hospital/Clinic may help in, or observe, my/patient's care. I agree that the Hospital/Clinic may use and get rid of any tissue, organ, matter or other item removed from my/patient's body.

**PICTURES/VIDEO/AUDIO:** I agree that pictures, video or other images, or audio recordings of me/patient may be taken for treatment purposes and for the Department of Health Services' and/or Department of Public Health's healthcare operations, including peer review, quality improvement, training and education. I understand that under California law I may not film or record a Hospital/Clinic employee without their permission. I also may not share a video, picture, or recording of a Hospital/Clinic employee without their permission.

**HOSPITAL/CLINIC RULES:** I agree that I/patient will follow the rules and accept that the Administrator/Director of the Hospital/Clinic will be the only person who will decide if Hospital/Clinic rules are being followed. I agree that if I/patient fails to follow the rules, I/ patient may be asked to go home or be discharged from the Hospital/Clinic.

**NURSING CARE:** I understand and agree that the Hospital/Clinic provides only general duty nursing care unless, upon orders from my/patient's doctor, I/patient will be given more intensive nursing care.

**MATERNITY PATIENTS:** If I deliver an infant(s) while a patient in this Hospital/Clinic, I agree that these same Conditions of Admission apply to the infant(s).

**RELEASE OF INFORMATION:** I understand that my/patient's health information is protected by state and federal law. Unless the law says it is allowed, a separate form must be signed for the Hospital/Clinic to use my/patient's health information.

**USE OF PATIENT INFORMATION TO OBTAIN PAYMENT FOR HOSPITAL/CLINIC SERVICES:** I agree that the Hospital/Clinic may share any part of my/patient's records, including the medical record, with someone who is responsible for paying the Hospital/Clinic bill. This might be an insurance company, health care plan or worker's compensation company. If a patient is being treated for alcohol or drug abuse, HIV/AIDS, or mental health problems, special permission may be needed to share this information.

**PERSONAL VALUABLES IN THE HOSPITAL:** I understand that the Hospital has a safe for money and valuables. The Hospital is not responsible for money or valuables that are not put in the safe. If I choose not to put my money or valuables in the safe, they may be stolen or lost. I understand that I should leave my money and valuables at home. I understand that the Hospital is only responsible for up to $500 worth of lost/stolen items in the safe, unless I have a receipt from the Hospital for a larger amount.

*Handwritten note:* EDGAR — Christine Nurse's AT Jermaine LAC + USC

APPROVED FOR USE AT ALL DHS / DPH FACILITIES
SCAN INTO ELECTRONIC HEALTH RECORD

PATIENT HIM LABEL
NAME HALL, GWENDOLYN CHRISTINE
DOB 3/16/1970
FIN 1035982871
MR# 100311759
SEX Female

T-HS62     Page 1 of 2

EMERGENCY MEDICAL TREATMENT
CONDITIONS OF ADMISSION - PART I
T-HS62 (07-31-23)

## PATIENT RIGHTS

You have the right to:

1. Considerate and respectful care, and to be made comfortable. You have the right to respect for your cultural, psychosocial, spiritual, and personal values, beliefs, and preferences.

2. Have a family member (or other representative of your choosing) and your own physician notified promptly of your admission to the hospital.

3. Know the name of the licensed health care practitioner acting within the scope of his or her professional licensure who has primary responsibility for coordinating your care and the names and professional relationships of physicians and non-physicians who will see you.

4. Receive information about your health status, diagnosis, prognosis, course of treatment, prospects for recovery and outcomes of care (including unanticipated outcomes) in terms you can understand. You will receive a separate "Notice of Privacy Practices" that explains your rights to access your records. You have the right to effective communication and to participate in the development and implementation of your plan of care. You have the right to participate in ethical questions that arise in the course of your care, including issues of conflict resolution, withholding resuscitative services, and forgoing or withdrawing life-sustaining treatment.

5. Make decisions regarding medical care and receive as much information about any proposed treatment or procedure as you may need in order to give informed consent or to refuse a course of treatment. Except in emergencies, this information shall include a description of the procedure or treatment, the medically significant risks involved, alternate courses of treatment or non-treatment and the risks involved in each, and the name of the person who will carry out the procedure or treatment.

6. Request or refuse treatment, to the extent permitted by law. However, you do not have the right to demand inappropriate or medically unnecessary treatment or services. You have the right to leave the health facility even against the advice of members of the medical staff, to the extent permitted by law.

7. Be advised if the health facility/licensed health care practitioner acting within the scope of his or her professional licensure proposes to engage in or perform human experimentation affecting your care or treatment. You have the right to refuse to participate in such research projects.

8. Reasonable responses to any reasonable requests made for service.

9. Appropriate assessment and management of your pain, information about pain, pain relief measures, and to participate in pain management decisions. You may request or reject the use of any or all modalities to relieve pain, including opiate medication, if you suffer from severe chronic intractable pain. The doctor may refuse to prescribe the opiate medication, but if so, must inform you that there are physicians who specialize in the treatment of pain with methods that include the use of opiates.

10. Formulate advance directives. This includes designating a decision maker if you become incapable of understanding a proposed treatment or become unable to communicate your wishes regarding care. Health facility staff and practitioners who provide care in the facility shall comply with these directives. All patients' rights apply to the person who has legal responsibility to make decisions regarding medical care on your behalf. Complaints about the advance directive requirements may be made to the California Department of Public Health (see contact information below).

11. Have personal privacy respected. Case discussion, consultation, examination and treatment are confidential and should be conducted discreetly. You have the right to be told the reason for the presence of any individual. You have the right to have visitors leave prior to an examination and when treatment issues are being discussed. Privacy curtains will be used in semi-private rooms.

12. Confidential treatment of all communications and records pertaining to your care and stay in the health facility. You will receive a separate "Notice of Privacy Practices" that explains your privacy rights in detail and how we may use and disclose your protected health information.

COPY COPY COPY COPY COPY COPY COPY COPY  L  LOCAL

# WARRANT OF ARREST—MISDEMEANOR (LOCAL)
COMMONWEALTH OF VIRGINIA Va. Code § 19.2-71, -72

CASE NO. _____

**Arlington** — CITY OR COUNTY  ☒ General District Court ☒ Criminal ☐ Traffic
☐ Juvenile and Domestic Relations District Court

**Arlington** ☐ City ☒ County ☐ Town

ACCUSED: Hall, Gwendolyn
LAST NAME, FIRST NAME, MIDDLE NAME
195 E Penn St.
Pasadena, CA 91103
ADDRESS/LOCATION
To be completed upon service as Summons
Mailing address ☒ Same as above
☐ _____

| RACE | SEX | BORN MO. DAY YR. | HT. FT. IN. | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|
| B | F | 03/16/1970 | 5' 06" | 163 | BRO | BRO |

SSN 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
DL# A3685036   STATE CA

☐ Commercial Driver's License
☐ Commercial Motor Vehicle ☐ Hazardous Materials

**CLASS 4 MISDEMEANOR**

☒ EXECUTED by arresting the Accused named above on this day:
☐ EXECUTED by summoning the Accused named above on this day:
☐ For legal entities other than individuals, service pursuant to Va. Code § 19.2-76.

08/01/2023  1709 Hours
DATE AND TIME OF SERVICE

LUNA, A
A-788 MWAAPD ARLINGTON
BADGE NO. AGENCY AND JURISDICTION
_____ , ARRESTING OFFICER
for _____ SHERIFF

Attorney for the Accused: _____

Short Offense Description (not a legal definition):
**ARLINGTON: INTOXICATION IN PUBLIC**
Offense Tracking Number: **013GM2300011768**

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code: **OBS-3712-04**

---

TO ANY AUTHORIZED OFFICER:
You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about **08/01/2023** did unlawfully in violation of Section

**17-7 (18.2-388)** _____, Code or Ordinances of this city, county or town:
appear intoxicated in Arlington, Virginia.

OFF LUNA, A   A788   MWAA , Complainant.

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

Execution by summons ☐ permitted at officer's discretion. ☒ not permitted.

/s/ Xem Best

08/01/2023  05:04 PM
DATE AND TIME ISSUED
☐ CLERK ☒ MAGISTRATE ☐ JUDGE

Xem Best

LT. Lyons 5993
VHC-Hospital.
703.417.3485
LUNA

The arresting officer was set-up
Purposely waited 24 hours to have the Hospital
test me to see if I was intoxicated.

/s/ Gwendolyn Hall

Offense Tracking Number: 013GM2300011768

**FINE** $ _____

LOCALITY _____

**COSTS**
- 223 LIQUIDATED DAMAGES
- 461 FIXED MISD FEE
- 462 FIXED DRUG MISD FEE
- 001 INT CRIM CHILD FEE
- 113 WITNESS FEE
- 113 IGNITION INTERLOCK
- 113 DUI FEE
- 113
- 121 TRIAL IN ABSENCE FEE
- 133 BLOOD TEST FEE
- 137 TIME TO PAY
- 192 TRAUMA CENTER FEE
- 202 WITNESS FEE
- 217 CT. APPT. ATTY
- 228 COURTHOUSE CONSTRUCTION FEE
- 234 JAIL ADMISSION FEE
- 243 LOCAL TRAINING ACADEMY FEE
- 244 COURTHOUSE SECURITY FEE

**OTHER** (SPECIFY): _____

**TOTAL** $ _____

[ ] Stay of the proceedings pursuant to § 16.1-131.1

_____ DATE   _____ JUDGE

---

The Accused was this day:
[ ] tried in absence   [ ] present

[ ] PROSECUTING ATTORNEY PRESENT (NAME) _____

[ ] DEFENDANT'S ATTORNEY PRESENT (NAME) _____
[ ] NO ATTORNEY  [ ] ATTORNEY WAIVED
[ ] If convicted, no jail sentence will be imposed
[ ] INTERPRETER PRESENT
[ ] Certified pursuant to § 19.2-190.1.

Plea of Accused:
[ ] not guilty  [ ] Witnesses sworn
[ ] nolo contendere
[ ] guilty   [ ] Plea voluntarily and intelligently entered after the defendant was apprised of his right against compulsory self-incrimination and his right to confront the witnesses against him.
[ ] Plea and Recommendation
[ ] Deferred § 19.2-298.02, and order attached and incorporated. Deferred to _____ DATE AND TIME

And was TRIED and FOUND by me:
[ ] not guilty  [ ] guilty as charged
[ ] guilty of _____
VCC _____
[ ] facts sufficient to find guilt but defer adjudication/ disposition to _____ DATE AND TIME
[ ] and place accused on probation, §§ 4.1-305, 4.1-1120, 18.2-57.3, 18.2-251, 19.2-303.2, or 19.2-303.6.
[ ] First Offender order attached and incorporated.
[ ] Deferred § 19.2-298.02, and order attached and incorporated. Deferred to _____ DATE AND TIME
[ ] Costs imposed upon defendant.

_____ DATE   _____ JUDGE

And was FOUND by me to be:
[ ] driving a commercial motor vehicle
[ ] carrying hazardous materials

[ ] I ORDER a nolle prosequi on prosecution's motion
[ ] I ORDER the charge dismissed [ ] with prejudice conditioned upon payment of costs and
  [ ] successful completion of
    [ ] traffic school
    [ ] mature driver school, § 16.1-69.48:1.
  [ ] accord and satisfaction, § 19.2-151.
  [ ] under §§ 4.1-305, 4.1-1120, 18.2-57.3, 18.2-251, 19.2-303.2, or 19.2-303.6.

---

[ ] Guilty – upon a violation of a term or condition of a deferred adjudication/disposition.

I impose the following Disposition:
[ ] FINE [ ] CIVIL PENALTY of $ _____ suspended with $ _____
[ ] JAIL SENTENCE of _____ days imposed, [ ] of which _____ suspended mandatory minimum, with _____, conditioned for a period of _____ upon being of good behavior, keeping the peace, obeying this order and paying fines and costs. Credit is allowed pursuant to § 53.1-187 for time spent in confinement.
[ ] Serve jail sentence beginning _____
  [ ] on weekends only
[ ] Work release [ ] authorized if eligible [ ] required
  [ ] not authorized
[ ] Public workforce [ ] authorized [ ] not authorized
[ ] on PROBATION for _____
[ ] VASAP [ ] local community-based probation agency
[ ] Monitoring by GPS/other tracking device
[ ] DRIVER'S LICENSE suspended for _____
[ ] Restricted Driver's License per attached order
  [ ] Ignition Interlock for _____
[ ] RESTITUTION order incorporated
  [ ] Restitution payment is a condition of suspended sentence
[ ] COMMUNITY SERVICE _____ hours to be completed by _____ and supervised by _____
  [ ] to be credited against fines and costs
[ ] Contact prohibited between defendant and victim/ victim's family or household members
[ ] Other: _____

[ ] Reimburse Commonwealth for investigatory medical fees
[ ] Pay $50 to the Court for Trauma Center Fund
[ ] § 19.2-298.02(D) – dismissal expungement eligible by parties' agreement.
[ ] Submit to FINGERPRINTING and photograph per attached order
[ ] Remanded for [ ] FINGERPRINTING/CCRE Report
  [ ] _____

[ ] DNA order incorporated
[ ] Bail on Appeal $ _____

_____ DATE   _____ JUDGE

703.558-2000
06.30.797

FORM DC-315 (MASTER, PAGE TWO OF TWO) 07/21

*GO to cart* **B**

# RECOGNIZANCE

Va. Code §§ 9.1-185, 9.1-185.8, 19.2-123, 19.2-143, 19.2-258

Sep 13, 2023      09:00 AM
HEARING DATE AND TIME

Arlington  GEN DIST - CRIMINAL
COURT – CITY OR COUNTY

1425 N. Courthouse Rd., Arlington, VA 22201
COURT – STREET ADDRESS

[ ]  Commonwealth of Virginia    v. Hall, Gwendolyn
DEFENDANT – NAME (LAST, FIRST, MIDDLE)

[x]  Arlington

195 E Penn St., Pasadena, CA 91103
DEFENDANT – RESIDENTIAL ADDRESS AND TELEPHONE NUMBER

Mailing address:  [x] Same as above  OR  [ ] ......

I certify that this document contains my current mailing address.

## CHARGES(s):

| Offense Tracking Number | Virginia Crime Code (For Administrative Use Only) | Code Section | Case Number |
|---|---|---|---|
| 013GM2300011768 | OBS-3712-04 | (L) 17-7 (18.2-388) | |
| | Description: ARLINGTON: INTOXICATION IN PUBLIC | | |
| | Description: | | |
| | Description: | | |
| | Description: | | |
| | Description: | | |

[ ] Addendum listing additional charges is attached and incorporated.

I, THE DEFENDANT, as a condition of my release from custody, by signing this form, promise to appear in court on the date and time noted above. If this date, time or place is changed for any reason by any court or judge, I also promise to appear as so directed. I understand that I [x] may [ ] may not leave the Commonwealth of Virginia until my case, and any appeals in my case, are finished. I further agree to keep the peace and be of good behavior and agree to the conditions listed below.
By prepaying, you are pleading guilty and giving up your right to a trial. To prepay, visit vacourts.gov

*or pay fine!*

*THE Public INTOXICATION Case WAS DISMISSED. WANTED me to Pay the ticke to SET up Arresting officer, and Hospital  THERE WAS No Drugs & Alcohol in my System*

Notice to the Defendant: You must accompany the arresting officer to the jurisdiction's fingerprinting facility to have your photograph and fingerprints taken prior to your release, if the arresting officer requires you to do so.

I, THE DEFENDANT, UNDERSTAND THAT: (1) If I fail to obey the conditions, I may be ARRESTED and, bail may be revoked; (2) if I fail to appear, the court may try and convict me in my absence; (3) if I fail to appear in the Circuit Court on a misdemeanor charge, I give up my right to a jury trial; (4) failure to appear is a separate crime; (5) **I must promptly notify the court of any change in my mailing address or where I live while this case is pending.**

X _Accused under ____ -ECO issued_
SIGNATURE OF DEFENDANT

08/02/2023
DATE

FORM DC-330 (MASTER, PAGE ___1___ OF ___2___) 07/19

CBR  013GM2300011804

[ ] Commonwealth of Virginia    v.    Hall, Gwendolyn
                                      DEFENDANT – NAME (LAST, FIRST, MIDDLE)

[x] Arlington

**BOND AS CONDITION OF RECOGNIZANCE:** By signing this bond, the defendant and each person signing as surety agree that they and their heirs and assigns owe the sum of $ .......................................... to the county or city in which the case is prosecuted. This debt is: [ ] UNSECURED [ ] SECURED BY [ ] Cash [ ] Surety Bail Bondsman [ ] Property Bail Bondsman [ ] Other Solvent Surety(ies) whose ability to pay this debt is measured by the value of real or personal property which they own and who further swear or affirm that the value of such property (after subtracting debts that are liens against the property such as mortgages, unpaid judgments, and unpaid tax liens) equals or exceeds the amount of this bond. Each person who signs this bond agrees to the bond terms and any attached applicable terms are incorporated by reference.

The defendant and each person who signs the bond as a surety give up any homestead exemption as to the debt of this bond and understand that the court may force the sale of ANY property owned by the defendant or any surety to pay the debt if the defendant fails to obey all of the terms and conditions of the recognizance. Each person who signs this bond promises to keep the title and possession of all property used to measure the ability to pay the debt of this bond in his or her name and not use such property as collateral for any loan or debt to allow liens against such property which would prevent the payment of the debt of the bond. The terms and conditions of the recognizance are incorporated by reference, and each person who signs the form agrees to obey all of the terms and conditions on both sides of this form. If the defendant obeys all of the conditions listed in the recognizance, the debt of this bond is void. If the defendant fails to obey the condition of appearance of the recognizance, the people who signed the bond may be required to pay the amount of the bond.

_____ (SEAL)
DEFENDANT

**BAIL BONDSMAN INFORMATION**

_____        _____ (SEAL)
NAME OF BAIL BONDSMAN                            SIGNATURE OF BAIL BONDSMAN

_____        _____
BAIL BONDSMAN DCJS LICENSE NO.                   NAME OF INSURANCE COMPANY

_____        _____
NAME OF BONDING COMPANY                          NAME OF REGISTERED AGENT

_____        _____
ADDRESS OF BAIL BONDSMAN/BONDING COMPANY         ADDRESS OF REGISTERED AGENT

_____        _____
TELEPHONE NO. OF BAIL BONDSMAN/BONDING COMPANY   TELEPHONE NO. OF REGISTERED AGENT

**OTHER SURETY(IES) INFORMATION**

_____        _____ (SEAL)
NAME OF SURETY                                   SIGNATURE OF SURETY

_____        _____
ADDRESS                                          TELEPHONE NO.

_____        _____ (SEAL)
NAME OF SURETY                                   SIGNATURE OF SURETY

_____        _____
ADDRESS                                          TELEPHONE NO.

([ ] check if applicable) The defendant is released into the custody of the person/organization named below upon completion of this part: By signing this part, the custodian named below agrees to take custody of the defendant and see that the defendant obeys the conditions listed above. If the defendant disappears or does not obey every condition, the custodian promises to notify the court at once.

_____        _____
CUSTODIAN – NAME AND ADDRESS                     SIGNATURE OF CUSTODIAN

[X] This recognizance was taken by a magistrate prior to the first appearance of the defendant before a judge.

**RIGHT TO APPEAL:**
You have the right to appeal the amount of this bond. You also have the right to appeal any condition of release. If you want to appeal, contact a lawyer or the court listed on the other side of this form.

ADMITTANCE TO BAIL: After I explained the conditions and warnings contained in this document, the defendant and each person signing as surety swore or affirmed to fulfill the recognizance and, if any, the bond. I order the defendant released on the conditions listed in this document.

_____
[ ] CLERK  [X] MAGISTRATE  [ ] JUDGE    Benjamin A. Plummer

JURISDICTION (IF DIFFERENT FROM COURT)

08/02/2023 06:44 AM
DATE AND TIME

FORM DC-330 (MASTER, PAGE 2 OF 2 ) 07/23                                 CBR 013GM2300011804

Give us feedback @ survey.walmart.com
Thank you! ID #:7SHJS0126CNM

# Walmart

Neighborhood Market
941-444-8410 Mgr. LISA
3500 N TAMIAMI TRAIL
SARASOTA FL 34234

ST# 03066 OP# 009046 TE# 46 TR# 06149
```
HOT PR 5OZ    073497003450 F    1.96 O
TAPATIO RAM   780707102490 F    1.68 O
GEISHA CLAMS  071140007000 F    2.34 O
GEISHA SMOKE  071140006000 F    2.34 O
HEEL CREAM    080376012530      6.96 N
EQUATE BEAU   681131224220      1.87 X
VIT D 5000    681131312710      5.94 N
DR. SCHOLLS   888853001160      3.97 X
DETOX FT PAD  717937718280      4.97 X
NTG ACNE BAR  070501013300 H    3.37 N
                    SUBTOTAL   35.40
            TAX1  7.0000 %      0.76
                       TOTAL   36.16
                   CASH TEND   40.00
                  CHANGE DUE    3.84

EBT SNAP     DECLINED TRANSACTION
ACCOUNT #- 9768 S O REF # 307400505250
NETWORK ID. 000E
TERMINAL # SC010629
             Beg Bal    End Bal
EBT CASH      0.00       0.00
EBT SNAP      0.00       0.00
     03/15/23         15:41:39

       # ITEMS SOLD 10
  TC# 9249 6238 7121 4118 1417
```


# Walmart+

 Become a member today
Scan for 30-day free trial.

Low prices You Can Trust. Every Day.
    03/15/23     15:43:38

My California EBT

---

# Walmart

Neighborhood Market
941-444-8410 Mgr. LISA
3500 N TAMIAMI TRAIL
SARASOTA FL 34234

ST# 03066 OP# 009043 TE# 43 TR#
```
PFC SCE TRY   031000670440 F
SOY SAUCE     078742131870 F
OYSTER SAUCE  078895300010 F
KG G&H        767707001200 F
KG G&H        767707001200 F
WHITE PEPPER  078742245940 F
BD GARLIC MI  033844002200 F
CARROT SHRED  071464100170 F
ONIONS DICED  681131328730 F
ORG ZUCCHINI  763171940000 F
KG G&H        767707001200 F
BULK LEMONS   814683010230 F
                    SUBTOTAL   3
                       TOTAL   3
               EBT SNAP TEND   3
                  CHANGE DUE

EBT SNAP     SNAP PURCHASE
    30.49  TOTAL PURCHASE
ACCOUNT #- 6522 S O REF # 307400
NETWORK ID. 000J APPR. CODE 00210
TERMINAL # SC011265
             Beg Bal    End Bal
EBT CASH      0.00       0.00
EBT SNAP   1109.05    1078.56
     03/15/23         15:42:49

       # ITEMS SOLD 12
  TC# 7312 0171 4039 1693 1144
```


# Walmart+

 Become a member today
Scan for 30-day free trial.

Low prices You Can Trust. Every D
    03/15/23     15:43:00

The Fraud Food Stamp
Issued in Florida usin
my name.

Main: (626) 744-2615  Rx: (626) 744-2619
2355 E. Colorado Blvd
Pasadena Ca 91107



0028580500060240105191 9

YOUR CASHIER TODAY WAS JEFF

| | | Price | You Pay |
|---|---|---|---|
| GROCERY | | | |
| 7989300005 | SIG ELECTROLYTE GP | 4.99 | 3.99 S |
| | Member Savings -1.00 | | |
| REFRIG/FROZEN | | | |
| 85631200275 | FAIRLIFE FF MILK | 5.49 | 5.49 S |
| GEN MERCHANDISE | | | |
| 021130700 | SIG TOOTHPASTE SEN | 5.49 | 5.49 T |
| 7050101330 | NTRGNA ACNE BAR | 5.29 | 5.29 T |
| PRODUCE | | | |
| 4053 | 6530NS | 0.79 | 0.79 S |
| MISCELLANEOUS | | | |
| 22147 | RCYCBLE BAG CHARGE | 0.10 | 0.10 |

```
                TAX              1.10
         **** BALANCE            22.25
              Cash        22.25
              CHANGE       0.00

              YOUR SAVINGS
   Member Savings           1.00
   Total                    1.00
   Total Savings Value        5%
              YOUR REWARDS
```

Points Earned Today 15

TOTAL NUMBER OF ITEMS SOLD =   5
01/05/24 19:19 2858 50 60 0032

Thank you for shopping Vons!
For VONS FOR U questions call
877-276-9637 or Vons.com/foru

# FREE flu shots
with most insurance

Get 10% off groceries with every immunization.
Plus Up to $75 Off Groceries with a new or transferred prescription

Offer not valid for beneficiaries of state & federal healthcare programs such as Medicare, Medicaid, or Tricare, or if otherwise prohibited by law. Gift card cannot be used for the qualifying transaction, but may be used for future purchases. Gift card cannot be used for prescription co-payments. Offer cannot be copied or replicated. Offer valid at participating locations. Offer not valid for prescriptions previously filled by or transferred from another Albertsons Companies location.

*Stole MY FedEx CARD, AND later Switched the card with this card. Stealing the money $7.10 OFF the card*



855 E Colorado Blvd
Pasadena, CA 91101-2106
Tel: (626) 793-6336

1/6/2024                1:23:03 PM PST
Trans.: 3282            Branch: 3701
Register: 003           Till:JL81241
Team Member: Jesus L.

REDEEM

GiveX Card#: 984000107***10752774*
GiveX Trans.#: 66921916

CASH REFUND at Register        0.43

Sub-Total                     (0.43)
 Tax                            0.00
Total                         (0.43)

Balance remaining on card : $0.00

Case 2:24-cv-00200-JLS-AGR   Document 1   Filed 01/09/24   Page 14 of 14   Page ID #:14



**855 E Colorado Blvd**
**Pasadena, CA, 91101-2106**
**(626) 793-6336**

Terminal: 3701M600MIX01
1/6/2024 13:48
Receipt #: 3701EFE1485
Type: Purchase

| Qty | Description | Amount |
|---|---|---|
| 1 | ES Color S/S LTR | 0.74 |

| | | |
|---|---|---|
| SubTotal | | 0.74 |
| District tax | | 0.02 |
| City tax | | 0.00 |
| County tax | | 0.01 |
| State tax | | 0.04 |
| Total | | USD $0.81 |

Stored Value Card #: ************8006*

Balance remaining on card: USD $2.64



Tell us how we did and get $7 off your next purchase of $40 or more print products*

Take the survey by scanning the QR code below or visit **www.fedex.com/welisten**



**Offer expires 6/30/2024**

*Terms & Conditions
$7 off print order of $40.00 or more. Discount applies to orders placed in a FedEx Office® store or online through Office.FedEx.com. Offer is valid at time of purchase only, no cash value and may not be discounted or credited toward past or future purchases; discount cannot be used in combination with custom-bid orders, other coupons, or discounts, including account pricing. Discount not valid on the following products and services: finishing-only orders; digital, passport or mounted photo; self-service print, fax, scan, or shred; products provided by third party sites not hosted by FedEx Office. Does not apply to packing, shipping, rush, or delivery charges. Does not apply to retail products. No cash value. Offer void where prohibited or restricted by law. Products, services, and hours may vary by location. TM use promo SKU 40269 for Business Printing Services such as FPM. © 2023 FedEx. All rights reserved."

By submitting your project to FedEx Office or by making a purchase in a FedEx Office store, you agree to all FedEx Office terms and conditions, including limitations of liability.

Request a copy of our terms and conditions from a team member or visit **fedex.com/officeserviceterms** for details.